An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW MARCEWICZ,
                    Appellant,

vs.

ANCORA WEST ADVISORS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                    Respondent.

No. 68643

FILED

NOV 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S Young_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment in a breach of contract action. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil appeal statement was due in this court by September 28, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33409

cc: Hon. Elliott A. Sattler, District Judge
Matthew Marcewicz
Robison Belaustegui Sharp & Low
Washoe District Court Clerk